Former decision, 563 U.S. 1002, 131 S. Ct. 2481, 179 L. Ed. 2d 1236, 2011 U.S. LEXIS 3565.

■■■■■■

**No. 10-10305. Michael Vondette, Petitioner v. United States (two judgments).**

564 U.S. 1061, 132 S. Ct. 64, 180 L. Ed. 2d 932, 2011 U.S. LEXIS 5148.

August 15, 2011. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 563 U.S. 1041, 131 S. Ct. 2975, 180 L. Ed. 2d 262, 2011 U.S. LEXIS 4304.

■■■■■■

**No. 10-10568. In re Barry Robert Schotz, Petitioner.**

564 U.S. 1061, 132 S. Ct. 64, 180 L. Ed. 2d 932, 2011 U.S. LEXIS 5119.

August 15, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 564 U.S. 1003, 131 S. Ct. 3012, 180 L. Ed. 2d 838, 2011 U.S. LEXIS 4483.

■■■■■■

**No. 11-5705 (11A165). Jerry Terrell Jackson, Petitioner v. Loretta K. Kelly, Warden.**

564 U.S. 1061, 132 S. Ct. 64, 180 L. Ed. 2d 932, 2011 U.S. LEXIS 5151.

August 18, 2011. Application for stay of execution of sentence of death, presented to The Chief Justice, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Ginsburg and Justice Sotomayor would grant the application for stay of execution.

Same case below, 650 F.3d 477.

■■■■■■

**No. 10-1389 (R46-023). Breakthrough Management Group, Inc., Petitioner v. Chukchansi Gold Casino and Resort, et al.**

564 U.S. 1061, 132 S. Ct. 64, 180 L. Ed. 2d 932, 2011 U.S. LEXIS 5152.

August 23, 2011. The petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 629 F.3d 1173.